**Eldon BUGG, Appellant,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Appellee.**

No. 07–2965.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 8, 2009.

Filed: Oct. 9, 2009.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

Eldon Bugg, Boonville, MO, pro se.

Carolyn G. Caruthers, Kevin Andrew Sullivan, Sauter & Sullivan, St. Louis, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Eldon Bugg appeals following the district court's[1] denial of his motion to remand, his motion to disqualify the district court under 28 U.S.C. § 455, and the district court's adverse grant of summary judgment in his diversity action against Washington Mutual Bank, F.A.[2], which had been removed from Missouri state court.

For the reasons stated by the district court, we affirm. *See* 8th Cir. R. 47B. We also deny appellee's motion for sanctions.

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

2. After the Federal Deposit Insurance Corporation (FDIC) became the duly appointed administrator for the bank, the FDIC was substituted as the real party in interest.